AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  1:21MJ2348 |
| | ) | |
| | ) | |
| Patrick Rose | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
5:03 pm Oct 07 2021
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 6, 2021  in the county of  Richland  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 115(a)(1)(B) and (b)(4) | Threats Against a Federal Employee |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Todd Springer, Special Agent, VA OIG CID
*Printed name and title*

Sworn to by the affiant by telephone after a PDF was transmitted by email, per Fed. R. Crim P. 3, 4(d), and 4.1

Date: 10/07/2021

*Judge's signature*

City and state:  Cleveland, Ohio

David A. Ruiz, U.S. Magistrate Judge
*Printed name and title*